<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Antonio Ricardo Vilarino**

## Unpaid Overtime Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Hourly Rate[1] | Average Weekly Amount Paid[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 12/7/18 - 5/12/20 | 74.71 | 75 | $ 20.00 | $ 1,008.62 | $ 62,863.38 | $ 62,863.38 |
| | | | | | $ 62,863.38 | $ 62,863.38 |

Total Unpaid Overtime Wages[1] = $ 62,863.38
Total Liquidated Damages[1] = $ 62,863.38
Total[1] = $ 125,726.76

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.