# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

0:20-cv-61405-WPD

ANTONIO RICARDO VILARINO,

      Plaintiff,

v.

THE EVENT GROUP ENTERPRISES, INC.,
JOEL CLENDENIN,
ASHLEY CLENDENIN,
JOSEPH J. DOHERTY,

      Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    Defendant:    The Event Group Enterprises, Inc.
        Registered Agent:    Michlou Consulting, Inc.
                              7015 Beracasa Way 208
                              Boca Raton, FL 33433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Elliot Kozolchyk, Esquire
      Koz Law, P.A.
      320 S.E. 9th Street
      Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 13, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier A.*
_____
Deputy Clerk
U.S. District Courts

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

0:20-cv-61405-WPD

ANTONIO RICARDO VILARINO,

        Plaintiff,

v.

THE EVENT GROUP ENTERPRISES, INC.,
JOEL CLENDENIN,
ASHLEY CLENDENIN,
JOSEPH J. DOHERTY,

        Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Joel Clendenin
                                  8875 Briarwood Meadow Ln
                                  Boynton Beach, FL 33473-7815

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot Kozolchyk, Esquire
        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 13, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier A.*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

0:20-cv-61405-WPD

ANTONIO RICARDO VILARINO,

    Plaintiff,

v.

THE EVENT GROUP ENTERPRISES, INC.,
JOEL CLENDENIN,
ASHLEY CLENDENIN,
JOSEPH J. DOHERTY,

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Ashley Clendenin
8875 Briarwood Meadow Ln
Boynton Beach, FL 33473-7815

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316

Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 13, 2020

Angela E. Noble
Clerk of Court



s/ Janier A.

Deputy Clerk
U.S. District Courts

SUMMONS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

0:20-cv-61405-WPD

ANTONIO RICARDO VILARINO,

      Plaintiff,

v.

THE EVENT GROUP ENTERPRISES, INC.,
JOEL CLENDENIN,
ASHLEY CLENDENIN,
JOSEPH J. DOHERTY,

      Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Joseph J. Doherty
                                  21466 Chipmunk Ln
                                  Boca Raton, FL 33428-2644

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:     (786) 358-6071
Email:  ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 13, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier A.*
Deputy Clerk
U.S. District Courts